**Ronald Wayne LOENNEKE, Appellant,**

v.

**Susan Kay LOENNEKE, Respondent.**

No. ED 84100.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 28, 2004.

Benjamin F. Lewis, Cape Girardeau, MO, for appellant.

Tom K. O'Loughlin II, Erica D. Koetting (co-counsel), Cape Girardeau, MO, for respondent.

Before GEORGE W. DRAPER III, C.J., LAWRENCE G. CRAHAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Ronald Loenneke appeals the trial court's judgment regarding child support. We have reviewed the parties' briefs and the record on appeal and find no error of law. The judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. The parties have, however, been provided a

memorandum setting forth the reasons for our decision. The judgment is affirmed under Rule 84.16(b).